TENDERED FOR FILING

MAR - 3 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED MAR - 3 2008
LORETTA G. WHYTE
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS LOUISIANA

DAMIEN M. WILSON,

    PETITIONER,

VS

    CASE NO. 00-319
    SECTION "D" (2)

THE UNITED STATES OF AMERICA,

    RESPONDENT.

_____/

**MOTION UNDER TITLE 18 U.S.C. §3582(c)(2) AND U.S. SENTENCING GUIDELINE §1B1.10(c) FOR REDUCTION OF SENTENCE BASE ON THE 2007 GUIDELINE AMENDMENT NINE WHICH BECAME EFFECTIVE ON NOVEMBER 01, 2007, AND MADE RETROACTIVE ON DECEMBER 11, 2007, EFFECTIVE DATE MARCH 03, 2008, AND CAUSED A TWO-LEVEL REDUCTION IN BASE OFFENSE LEVEL FOR COCAINE BASE**

    COMES NOW, the Petitioner, Damien M. Wilson ('WILSON'), acting pro se, respectfully, move this Honorable Court to use its discretion and GRANT him the relief provided in the 2007 Guideline Amendment Nine, which was made RETROACTIVE by the U.S. Sentencing Commission, on December 11, 2007, effective date of March 03, 2008. The amendment, modified the drug quantity threshold in the Drug Quantity Table so as to assigned, for cocaine base offenses, base offense levels corresponding to guideline range that include the statutory miniumum penalties.

    Accordingly, pursuant to the amendment, 5 grams of cocaine base are assigned a base offense level of 24 (51 to 63) months at Criminal History Category of I, which includes the five year [60 months] statutory minimum for such offenses, and 50 grams of cocaine base are assigned a base offense level of 30 (97 to 121) months at Criminal History Category of I, which includes

-1-

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
___Doc. No._____

the ten year [120 month] statutory minimum for such offense. the base offense level for 5 grams and 50 grams of cocaine base were level 26 and 32, respectfully, before Amendment Nine. Cocaine base offenses for quantities above and below the mandatory minimum threshold quantities similarly are adjusted downward by two levels.

Base on the following formation, Damien M. Wilson, qualifies for the two level reduction in his sentence and REQUESTS that relief be granted:

## I. STATEMENT OF FACTS

On December 08, 2000, a federal grand jury returned a fifteen (15) count Superseding Indictment in the Eastern District of Louisiana, to wit, charged Damien M. Wilson, in count 1 with knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facility the commission of a violation of Title 21 U.S.C. §846, to wit, conspiracy to possess with intent to distribute more than 50 grams of cocaine base (crack), and cocaine hydrochloride in violation of Title 21 U.S.C. §841(a).

On March 21, 2001, Wilson, plead guilty to count 1 of the Superseding Indictment in accordance with a written plea agreement; and

On June 20, 2001, Wilson, was sentenced in the Eastern District of Louisiana, to [128 months] imprisonment, 5 years supervised release, and $100.00 special assessment fee. Wilson, was granted a three level reduction in sentence pursuant to U.S. Sentencing Guideline (U.S.S.G.) §3E1.1(a),(b) Acceptance of Responsibility.

## II. ARGUMENT

On March 21, 2001, Wilson, plead guilty to count 1 of the Superseding Indictment, conspiracy to possess with intent to distribute more than 50 grams of cocaine base (crack), and cocaine hydrochloride in violation of §841(a) which found in U.S.S.G. §2D1.1 drug offense involving 50 grams but less that 150 grams of cocaine base has a base offense level of 32.

Accordingly, pursuant to the Presentence Investigation Report (PSI), 90 grams of cocaine base (crack) was attributable to Wilson, which assigned a base offense level of 32 (151 to 188) months at Criminal History Category of III.

Wilson, asserts pursuant to the amendment, the Sentencing Commission, amended the Drug Quantity Table in §2D1.1 so that crack cocaine quantities triggering the five and ten year mandatory minimum are assigned base offense level two levels lower than before.

Wilson, asserts further the two level reduction provided by the amendment, will assigned him a 'new' base offense level from 32 (151 to 188) months to base offense level of 30 (121 to 151) months Criminal History Category of III.

On June 20, 2001, the Honorable Court downward departed Wilson, sentence by three levels pursuant to §3E1.1(a),(b) Acceptance of Responsibility, a reduction in sentence which assigned a 'new' base offense level from 30 (121 to 151) months to base offense level of 27 (87 to 108) months at Criminal History Category of III, pursuant to Amendment Nine, which qualifies Wilson for the two level reduction in sentence.

CONCLUSION, the two level reduction provided by Amendment Nine, assigned Wilson, a 'new' base offense level of 27 (87 to 108) months at Criminal History Category of III. This base offense level of 27, was reached pursuant to the downward departure of three levels pursuant to §3E1.1(a),(b) Acceptance

of Responsibility; and the two level reduction provided by Amendment Nine, pursuant to §2D1.1. This reduction in sentence provides Wilson, with a 'projected reduction' of [41 months at the low-end], and [8 months at the high-end] of the 'new' guideline range. Wilson, has a projected release date at this time on or about April, 2010, providing no lost of goodtime due to Institution Disciplinary Actions, which will change the projected month to release date.

WHEREFORE, Petitioner, Damien M. Wilson, respectfully, REQUESTS the Honorable Court to GRANT his Title 18 U.S.C. §3582(c)(2) Motion, and resentence him to the low-end of the 'new' guideline range.

Respectfully, submitted,

*Damien M Wilson*
Damien M. Wilson, pro se
#27348-034
Federal correctional Complex (Low)
Post Office Box 5000
Yazoo City, Mississippi 39194

Dated this 4th, day of March, 2008.

## CERTIFICATE OF SERVICE

I, Damien M. Wilson, do HEREBY CERTIFY, that a TRUE and CORRECT copy of the foregoing instrument Title 18 U.S.C. §3582(c)(2) MOTION has bee forward by the UNITED STATES POSTAL SERVICE to the following:

THE UNITED STATES ATTORNEY OFFICE
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

&

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-3367

Respectfully, submitted,

*Damien M. Wilson*
Damien M. Wilson, pro se
#27348-034
Federal Correctional Complex
Post office Box 5000
Yazoo City, Mississippi 39194

Dated this 4th, day of March, 2008.