```
YAZAN              *      INMATE EDUCATION DATA       *      12-12-2007
PAGE 001           *           TRANSCRIPT             *      08:08:51

REGISTER NO: 27348-034     NAME..: WILSON                   FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: YAZ-YAZOO CITY FCI
```

---------------------------------- EDUCATION INFORMATION ----------------------------------

```
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME    STOP DATE/TIME
YAZ  ESL HAS    ENGLISH PROFICIENT             08-28-2001 1027    CURRENT
YAZ  GED EARNED GED EARNED IN BOP              04-11-2007 0902    CURRENT
```

---------------------------------- EDUCATION COURSES ----------------------------------

```
SUB-FACL   DESCRIPTION                      START DATE   STOP DATE   EVNT AC LV   HRS
YAZ        CABINET MAKING,M-F 740-1030      09-06-2007   CURRENT
YAZ        FOOTBALL OFFICIAL                10-08-2007   CURRENT
YAZ        JOB SKILLS, THUR 1:00-3:00       10-09-2007   CURRENT
YAZ        BASKETBALL OFFICIAL              07-01-2007   09-23-2007   P    C  P     4
YAZ        RPP3 BUSINESS PLANNING LOW       06-28-2007   08-09-2007   P    C  P    12
YAZ        PRE-GED 2M,M-F,900-1100          11-16-2006   04-11-2007   P    C  P  1803
YAZ        GED TEST                         10-25-2006   11-16-2006   C    W  I     0
YAZ        PRE-GED 2M,M-F,900-1100          01-04-2006   10-25-2006   C    W  I     0
YAZ        GED 1-LOW M-F 730-930 AM         11-21-2005   12-12-2005   C    W  I     0
YAZ        PRE-GED 3M-MATH-M-F,1230-230     07-28-2005   11-21-2005   C    W  I     0
YAZ        PRE-GED 1A-LOW-M-F,730-930       04-19-2005   05-17-2005   C    W  I     0
YAZ        GED 1A-LOW M-F 730-930 AM        02-05-2005   04-19-2005   C    W  I     0
YAZ        GED 1A M-F 7:30-9:30             12-17-2004   02-05-2005   C    W  I     0
YAZ        GED 2C - 9:30-11:30, M-F         11-05-2004   12-17-2004   C    W  I     0
YAZ        GED 1U - 7:30-9:30               07-24-2002   11-05-2004   C    W  I     0
YAZ        BUSINESS ETIQUETTE               07-15-2002   08-15-2002   P    C  P    20
YAZ        PRE-GED 2B 9:30-11:30 T&TH       05-01-2002   07-24-2002   C    W  V     0
YAZ        PRE-GED 3B 12:30-2:30 T&TH       03-11-2002   05-01-2002   C    C  P     0
YAZ        PARENTING RPP 6                  01-14-2002   03-20-2002   P    C  P    16
YAZ        SOCIAL ANXIETY GROUP THERAPY     01-18-2002   01-25-2002   P    C  P     4
YAZ        BASIC MATH                       11-20-2001   01-24-2002   P    C  P    30
```

---------------------------------- HIGH TEST SCORES ----------------------------------

```
TEST        SUBTEST         SCORE     TEST DATE      TEST FACL    FORM        STATE
ABLE        LANGUAGE         5.0      06-22-2005     YAZ          E
            NUMBER OPR      10.5      03-01-2002     YAZ          F
            PROB SOLV        9.4      06-22-2005     YAZ          E
            READ COMP       10.9      06-22-2005     YAZ          E
GED         AVERAGE        454.0      03-28-2007     YAZ          PASS        MS
            LIT/ARTS       470.0      01-31-2007     YAZ          IH          MS
            MATH           450.0      01-31-2007     YAZ          IH          MS
            SCIENCE        440.0      10-27-2006     YAZ          IK          MS
            SOC STUDY      420.0      10-27-2006     YAZ          IK          MS
            WRITING        490.0      03-28-2007     YAZ          IG          MS
GED PRAC    LIT/ARTS       710.0      01-25-2007     YAZ          PC
            MATH           530.0      01-25-2007     YAZ          PC
            SCIENCE        470.0      01-25-2007     YAZ          PC
            SOC STUDY      480.0      01-25-2007     YAZ          PC
            WRITING        520.0      01-25-2007     YAZ          PC
TABE D      MATH APPL        7.3      05-04-2006     YAZ          10

G0002       MORE PAGES TO FOLLOW . . .
```

```
YAZAN              *       INMATE EDUCATION DATA        *    12-12-2007
PAGE 002 OF 002    *              TRANSCRIPT            *    08:08:51

REGISTER NO: 27348-034     NAME..: WILSON                   FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: YAZ-YAZOO CITY FCI

--------------------------- HIGH TEST SCORES ---------------------------
TEST           SUBTEST        SCORE      TEST DATE     TEST FACL    FORM      STATE
TABE D         MATH COMP      8.4        05-04-2006    YAZ          10
               READING        7.8        05-04-2006    YAZ          10




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Case 2:00-cr-00319-AJM    Document 372-2    Filed 03/03/2008    Page 2 of 3



DAMIEN M. WILSON
#27348-034
FEDERAL CORRECTIONAL COMPLEX (LOW)
POST OFFICE BOX 5000
YAZOO CITY, MISSISSIPPI 39194

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-3367