FILED 08 MAR 26 15:18 USDC-LAE

LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>**DAMIEN WILSON** | Case No: 00-319 "D"<br>USM No: 27348-034<br>Martin Regan<br>Defendant's Attorney |
| Date of Previous Judgment: 06/20/2001<br>(Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of *128 months is reduced to **120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 32          Amended Offense Level: 27
Criminal History Category: III       Criminal History Category: III
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: 87 to 108 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

*The actual sentence imposed of 128 months was based on amended offense level of 29, criminal category of III, and a guideline range of 108-135 months (120-135 months, restricted range), which allowed for a three-level reduction for acceptance of responsibility. **(120 months, restricted range).

**III. ADDITIONAL COMMENTS**

This reduction in sentence applies to Count 1 of Supeseding Indictment.

Except as provided above, all provisions of the judgment dated 06/20/2001 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/25/2008

Effective Date: 04/08/2008
(if different from order date)

Judge's signature

A.J. MCNAMARA, U.S. DISTRICT JUDGE
Printed name and title

